CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

January 16, 2026

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **CARLOS HUMBERTO ROJAS TUA,** | ) | |
| **Petitioner,** | ) | **Civil Action No. 7:26cv00026** |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **UNKNOWN,** | ) | **By:  C. Kailani Memmer** |
| **Respondent.** | ) | **United States Magistrate Judge** |

This action pursuant to 28 U.S.C. § 2241 was filed by Lorenny Jose Zambrano Torres, on behalf Carlos Humberto Rojas Tua. The petition does not use the standard form that should be used for filing such a petition. The court also questions whether it has jurisdiction because the petitioner did not sign the petition as required by 28 U.S.C. § 2242. Accordingly, it is now

**ORDERED** as follows:

(1)     Petitioner's habeas petition shall remain conditionally filed pending satisfaction of the requirements set forth herein.  Petitioner is advised that the court will not adjudicate legal and factual matters discussed in either a pleading or motion in this conditionally filed action until petitioner cures the deficiencies noted in this Order.  Accordingly, petitioner is encouraged to first resolve the noted deficiencies before filing motions or pleadings.

(2)     The Clerk of Court shall transmit to petitioner a blank copy of a petition pursuant to 28 U.S.C. § 2241.  Petitioner shall complete and file the petition using the blank form within thirty (30) days of the date of this order.  PETITIONER'S FAILURE TO TAKE THIS STEP SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE.

(3)     Petitioner is advised that the petition must be signed under penalty of perjury "by the person for whose relief it is intended or by someone acting on his behalf."  28 U.S.C. § 2242.  Thus, the completed form must either be signed under penalty of perjury by the

petitioner or signed under penalty of perjury by someone who has established his or her status as a "next friend."  A "next friend" is a "person who appears in a lawsuit to act for the benefit of an incompetent or minor plaintiff, who is not a party to the lawsuit and is not appointed as a guardian."  *Lovitt v. Warden*, Civil Action No. 7:09-cv-00442, 2009 WL 4508586, at *1 (W.D. Va. Nov. 25, 2009).  Next friend standing is not automatically granted to the person seeking to pursue an action on behalf of another.  *Whitmore v. Arkansas*, 495 U.S. 149, 163 (1990).  The necessary condition for "next friend" standing requires the proposed next friend to show "that the real party in interest is unable to litigate his own cause due to mental incapacity, lack of access to court, or other similar disability."  *Id.* at 165.  The next friend must also be "truly dedicated to the best interests of the person on whose behalf he seeks to litigate."  *Id.* at 163.  The court does not have jurisdiction to consider a habeas petition that is not filed by the petitioner unless the next friend requirements are met.

(4)     Petitioner shall notify the court immediately upon petitioner's transfer or release and shall provide a new address.  FAILURE TO NOTIFY THE COURT OF SUCH A CHANGE WILL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE.

(5)     Pursuant to a Standing Order of court, all non-dispositive matters in this case are referred to a United States Magistrate Judge.

(6)     All mailed pleadings should be mailed to: Clerk, United States District Court, 210 Franklin Road SW, Suite 540, Roanoke, VA 24011-2208.

(7)     Petitioner must include the above-referenced case number in any document that he submits to the court related to this action.  Petitioner's submissions should be legible,

written on one side of the paper only, with at least one inch of clear space on all sides of the page.  In any document petitioner submits to the court, pursuant to General Rule 8 of the Local Rules of the United States District Court for the Western District of Virginia, petitioner must omit, black out, or abbreviate personal data identifiers as follows:  Social Security numbers (use only the last four digits), names of minor children (use initials), dates of birth (list only the birth year), financial account numbers (list only the last four digits), and home addresses (list only city and state).  Submissions that do not comply with this paragraph may be returned to petitioner without being entered by the court.

(8)     The Clerk is directed to send a copy of this Order to petitioner.

It is so ORDERED.

ENTER: January 16, 2026

*s/ C. Kailani Memmer*
United States Magistrate Judge